**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NIPPON SHINYAKU CO., LTD., and NS PHARMA, INC., <br><br> Defendants. | Case No.: 2:26-cv-05788 |

**<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

Nippon Shinyaku Co., Ltd. certifies that Defendant is a non-governmental corporate party and

that it does not have a parent corporation.  No publicly held corporation owns 10% or more of

Defendant's stock.

Dated: May 20, 2026

By: */s/ Vishal Gupta*
Vishal Gupta
**STEPTOE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950
vgupta@steptoe.com

*Attorney for Defendants Nippon Shinyaku Co., Ltd. and NS Pharma, Inc.*