**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NIPPON SHINYAKU CO., LTD., and<br>NS PHARMA, INC.,<br><br>Defendants. | Case No.: 2:26-cv-05788 |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant

NS Pharma, Inc. certifies that Defendant is a non-governmental corporate party and its parent

company is Nippon Shinyaku Co., Ltd.  No publicly held corporation owns 10% or more of

Defendant's stock.

Dated: May 20, 2026

By: */s/ Vishal Gupta*
    Vishal Gupta
    **STEPTOE LLP**
    1114 Avenue of the Americas
    New York, New York 10036
    Telephone: (212) 506-3900
    Facsimile: (212) 506-3950
    vgupta@steptoe.com

    *Attorney for Defendants Nippon
    Shinyaku Co., Ltd. and NS Pharma,
    Inc.*