**Smith Davis LLP**
COUNSELORS AT LAW

Mary Carpenito
Partner
75 Livingston Avenue
Suite 301
Roseland, NJ 07068
P: 973-577-1822
F: 973-577-1823
mcarpenito@greenbaumlaw.com

May 22, 2026

**VIA ECF**

Honorable Julien X. Neals
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re:   *Capricor Therapeutics, Inc. v. NS Pharma, Inc., et al.*,
Civil Action No. 2:26-cv-05788 (JXN) (AME)

Dear Judge Neals:

We are New Jersey counsel to Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"). Attached hereto is a letter from Plaintiff's counsel, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"), which we adopt and file on behalf of Plaintiff. We will be filing *pro hac vice* admission motions on behalf of Skadden Arps shortly.

Very truly yours,

**GREENBAUM, ROWE, SMITH & DAVIS, LLP**

Mary E. Carpenito