# Nippon Shinyaku Co., Ltd.

## FY2025 Earnings Conference Call — May 15, 2026

## Event Overview

**Company:** Nippon Shinyaku Co., Ltd. (TSE: 4516) **Event:** FY2025 Earnings Conference Call **Fiscal Period:** FY2026 Full Year Guidance **Date:** May 15, 2026

**Speakers:**

- **Toru Nakai** — President & CEO
- **Hironori Edamitsu** — Director, Corporate Planning & Sustainability
- **Kazuyuki Iwata** — Director, Sales
- **Keishi Kuwano** — Director, R&D
- **Manabu Beppu** — Executive Officer, R&D Division Head of R&D Planning
- **Naomi Inoue** — Head of IR & Communications (Moderator)

## Opening Remarks

**Inoue:** We will now begin the Nippon Shinyaku FY2025 Earnings Conference Call. Today's session will be made available as an on-demand video and transcript on our corporate website. We ask that participants keep this in mind when making comments during Q&A.

**Nakai:** I am Toru Nakai, President of Nippon Shinyaku. Thank you for joining our FY2025 earnings conference call despite your busy schedules. Today I will cover FY2025 results, FY2026 guidance, and updates on CAP-1002 and RGX-121. Following that, Director Kuwano will present on R&D progress.

## FY2025 Results & FY2026 Guidance

*Key Headlines*

**FY2025 Results:**

- Revenue: 4 consecutive years of growth (both pharmaceuticals and functional foods segments grew)
- Operating profit: 3 consecutive years of growth

**FY2026 Guidance:**

- Revenue: ¥200.0B (+17.1% YoY)
- Operating profit: ¥38.0B (+7.1% YoY)

*FY2025 Full-Year P&L Summary*

*(¥MM)*

| Line Item | FY2024 Actual | % of Sales | FY2025 Actual | % of Sales | Change | % Change |
|---|---|---|---|---|---|---|
| **Revenue** | 160,232 | 100.0% | 170,771 | 100.0% | +10,539 | **+6.6%** |
| (Pharma) | (138,654) | (86.5%) | (148,484) | (86.9%) | (+9,829) | (+7.1%) |
| (Functional Foods) | (21,577) | (13.5%) | (22,287) | (13.1%) | (+710) | (+3.3%) |
| COGS | 51,116 | 31.9% | 57,460 | 33.6% | +6,343 | +12.4% |
| SG&A | 38,011 | 23.7% | 43,565 | 25.5% | +5,554 | +14.6% |
| R&D Expense | 34,341 | 21.4% | 36,713 | 21.5% | +2,372 | +6.9% |
| Other Income | 874 | 0.5% | 3,025 | 1.8% | +2,151 | +246.0% |
| (FX Gains) | — | — | (2,265) | (1.3%) | (+2,265) | — |
| Other Expenses | 2,186 | 1.4% | 560 | 0.4% | -1,625 | -74.3% |
| **Operating Profit** | **35,450** | **22.1%** | **35,496** | **20.8%** | **+46** | **+0.1%** |
| Financial Income | 830 | 0.5% | 1,132 | 0.7% | +301 | +36.3% |
| Financial Expenses | 145 | 0.1% | 166 | 0.1% | +20 | +14.1% |
| **Pre-tax Profit** | **36,135** | **22.6%** | **36,462** | **21.4%** | **+327** | **+0.9%** |
| Income Tax | 3,577 | 2.2% | 6,741 | 3.9% | +3,164 | +88.5% |
| **Net Income (parent)** | **32,558** | **20.3%** | **29,721** | **17.4%** | **-2,837** | **-8.7%** |

**Nakai:** Consolidated revenue increased ¥10,539MM (+6.6%) to ¥170,771MM. Operating profit was roughly flat at ¥35,496MM (+0.1%). Pre-tax profit rose ¥327MM to ¥36,462MM.

On income tax: in FY2024, recoverability of deferred tax assets at NS Pharma was recognized, temporarily lowering the effective tax rate. This benefit did not recur in FY2025, driving the 88.5% increase in income tax expense. As a result, net income attributable to shareholders of the parent declined ¥2,837MM to ¥29,721MM.

*Pharmaceutical Segment Revenue Detail*

Despite drug price revisions and generic competition, the pharma segment grew +7.1% to ¥148,484MM, driven by:

- Domestic and overseas royalty income from **Uptravi**
- Growth of new products including **Fintepla**
- **Erleada**, which has been recognized as Nippon Shinyaku's own product sales since October 2025 following contract restructuring

| Category | FY2024 | FY2025 | Change | % |
|---|---|---|---|---|
| Pharma (own products) | 83,899 | 90,062 | +6,163 | +7.3% |
| Industrial property income | 45,586 | 49,457 | +3,871 | +8.5% |
| Co-promotion revenue | 9,169 | 8,964 | -205 | -2.2% |
| **Pharma total** | **138,654** | **148,484** | **+9,829** | **+7.1%** |

*Viltepso (NS-065/NCNP-01) Sales*

| Region | FY2024 | FY2025 | Change | % | FY2026E |
|---|---|---|---|---|---|
| Japan (¥MM) | 4,664 | 4,775 | +110 | +2.4% | 4,800 |
| US (¥MM) | 17,117 | 16,413 | -704 | -4.1% | 17,500 |
| US ($MM) | (112.1) | (108.8) | (-3.3) | (-3.0%) | (116.6) |
| **Total** | **21,782** | **21,188** | **-593** | **-2.7%** | **22,300** |

**FX assumption:** ¥152.6/$ (FY2024 actual), ¥150.8/$ (FY2025 actual), ¥150.0/$ (FY2026E)

**Commentary:** US sales declined in dollar terms. Multiple high-cost DMD therapies have entered the market, tightening insurance review standards and causing some patients to discontinue. However, new patient initiations continue. Dosing per patient has declined as the treated population has become younger, but this cohort is expected to remain on therapy long-term, supporting future revenue growth.

*Functional Foods Segment*

| Category | FY2024 | FY2025 | Change | % |
|---|---|---|---|---|
| Protein products | 13,486 | 13,680 | +194 | +1.4% |
| Quality preservatives | 3,277 | 3,269 | -8 | -0.3% |
| Supplements | 2,415 | 2,821 | +406 | +16.8% |
| Health food ingredients | 1,122 | 1,214 | +92 | +8.2% |
| Other | 1,277 | 1,302 | +25 | — |
| **Total** | **21,577** | **22,287** | **+710** | **+3.3%** |

Quality preservatives declined due to consumer pullback from inflation. Protein products, supplements (sports and aging care), and health food ingredients (beauty-related demand) all grew. A new plant-based protein product for juniors was launched in February 2026.

*Operating Expense Detail (FY2025)*

- **Gross margin:** 33.6% (deteriorated 1.7pp YoY due to product mix and drug price revisions)
- **SG&A:** ¥43,565MM (+14.6%), driven by NS Pharma pre-launch preparation costs
- **R&D:** ¥36,713MM (+6.9%), driven by CRO fees and clinical drug manufacturing costs
- **Other income:** ¥3,025MM (+246%), primarily FX gains
- **Operating profit:** ¥35,496MM (+0.1%)

## FY2026 Guidance

*Consolidated P&L Forecast*

| Line Item | FY2025 Actual | FY2026E | Change | % |
|---|---|---|---|---|
| **Revenue** | 170,771 | **200,000** | +29,228 | **+17.1%** |
| (Pharma) | (148,484) | (176,500) | (+28,015) | (+18.9%) |
| (Functional Foods) | (22,287) | (23,500) | (+1,212) | (+5.4%) |
| COGS | 57,460 | 73,000 | +15,539 | +27.0% |
| Gross margin | 33.6% | **36.5%** | — | +2.9pp deterioration |
| SG&A | 43,565 | 47,500 | +3,934 | +9.0% |
| R&D | 36,713 | 40,500 | +3,786 | +10.3% |
| Other Income | 3,025 | 1,000 | -2,025 | -67.0% |
| Other Expenses | 560 | 2,000 | +1,439 | +256.5% |
| **Operating Profit** | **35,496** | **38,000** | **+2,503** | **+7.1%** |
| Financial Income | 1,132 | 800 | -332 | -29.3% |
| Financial Expenses | 166 | 200 | +33 | +20.5% |
| **Pre-tax Profit** | **36,462** | **38,600** | **+2,137** | **+5.9%** |
| Income Tax | 6,741 | 8,300 | +1,558 | +23.1% |
| **Net Income (parent)** | **29,721** | **30,300** | **+578** | **+1.9%** |

*FX assumption: ¥150.0/$. Every ¥1 appreciation vs USD reduces revenue by ~¥5.5B and operating profit by ~¥4.1B.*

Key revenue growth drivers:

1. **CAP-1002 (deramiocel)** — planned US launch in 2026
0. Domestic new product contributions: Erleada, Fintepla, Uptravi
1. Uptravi overseas royalties growth

Gross margin deterioration reflects Erleada and CAP-1002 product mix.

*Pharmaceutical Segment Forecast Detail*

| Category | FY2025 | % | FY2026E | % | Change | % |
|---|---|---|---|---|---|---|
| Own products | 90,062 | 60.7% | 114,900 | 65.1% | +24,837 | +27.6% |
| Industrial property | 49,457 | 33.3% | 53,000 | 30.0% | +3,542 | +7.2% |
| Co-promotion | 8,964 | 6.0% | 8,600 | 4.9% | -364 | -4.1% |
| **Pharma total** | **148,484** | | **176,500** | | **+28,015** | **+18.9%** |

*Functional Foods Forecast*

| Category | FY2025 | FY2026E | Change | % |
|---|---|---|---|---|
| Protein | 13,680 | 14,200 | +519 | +3.8% |
| Preservatives | 3,269 | 3,400 | +130 | +4.0% |
| Supplements | 2,821 | 3,400 | +578 | +20.5% |
| Health ingredients | 1,214 | 1,250 | +35 | +2.9% |
| Other | 1,302 | 1,250 | -52 | -4.0% |
| **Total** | **22,287** | **23,500** | **+1,212** | **+5.4%** |

*Dividend*

| | FY2025 | FY2026E |
|---|---|---|
| Interim DPS | ¥62 | ¥62 |
| Year-end DPS | ¥62 | ¥62 |
| **Annual DPS** | **¥124** | **¥124** |
| Basic EPS | ¥441.00 | ¥449.55 |
| Payout ratio | 28.1% | 27.6% |

**FY2025 FY2026E**

DOE*          3.1% —

*DOE = Dividend on Equity (consolidated shareholders' equity basis)*

Policy: maintain stable dividends while monitoring DOE.

## CAP-1002 (Deramiocel) Update

**Nakai:** On May 7, Capricor Therapeutics filed a lawsuit in New Jersey state court against Nippon Shinyaku and our US subsidiary NS Pharma, seeking termination of the distribution agreement for CAP-1002 (deramiocel), currently under FDA review for DMD cardiomyopathy. The complaint was served on NS Pharma on May 13 (US time). Service on Nippon Shinyaku itself requires Hague Convention procedures, which typically take several months.

Capricor alleges that NS Pharma has made inadequate preparations for the US commercial launch and has failed to adequately address contract modification needs. We strongly disagree with this characterization. We have been proceeding with appropriate and diligent launch preparations, and believe Capricor's claims lack merit.

Patient welfare remains our first priority. We will continue to seek dialogue with Capricor. Our FY2026 guidance includes CAP-1002 revenue and expenses, and we will revise as necessary depending on how litigation develops.

**PDUFA date: August 22, 2026.**

## RGX-121 Update

**Nakai:** RGX-121 received an FDA Clinical Hold in January 2026, which has since been lifted. In February 2026, FDA issued a Complete Response Letter (CRL). RegenxBio has since filed a formal appeal. We will continue to work closely with RegenxBio to develop the path forward.

## R&D Progress Update

**Kuwano:** I will now summarize R&D updates since the Q3 FY2025 earnings release.

*Recent R&D Pipeline Updates (1/2) — Changes since Feb 9, 2026*

| Status | Program | Brand | Indication / Notes | Timing |
|---|---|---|---|---|
| **Launch** | NS-401 (tagrizoxgene neparvovec) | **Elzonris** | Blastic plasmacytoid dendritic cell neoplasm (BPDCN) | Mar 2026 |
| **Phase 3** | NS-065/NCNP-01 (viltolarsen) | **Viltepso** | 301 trial CSR under FDA review; 303 trial protocol under FDA discussion | Jan 2026 |
| **Label expansion** | ACT-064992 (macitentan) | **Opsumit** | Johnson & Johnson obtained approval for pediatric PAH | Dec 2025 |
| **Label expansion** | LY3527727 (imlunestrant) | **Jaypirca** | Additional approval for BTKi-refractory/intolerant relapsed/refractory CLL/SLL (incl. small lymphocytic lymphoma) | Sep 2025 |
| **Under review** | RGX-121 (clemidsogene lanparvovec) | — | Clinical Hold lifted; CRL received Feb 2026, appeal filed | May 2026 (US) |
| **Under review** | CAP-1002 (deramiocel) | — | PDUFA date set for August 22, 2026 | Mar 2026 (US) |
| **Under review** | GA101 (obinutuzumab) | **Gazyvaro** | Idiopathic nephrotic syndrome — sNDA filed with MHLW by Chugai on | May 2026 |
| **Phase 3 initiated** | NS-304 (selexipag) — | | Peripheral artery disease — domestic Phase 3 started April 2026 | Apr 2026 |
| **Phase 2 prep** | NS-035 | — | Fukuyama congenital muscular dystrophy | Jan 2026 |
| **Phase 2 prep** | NS-863 | — | PAH; PH associated with ILD | Mar 2026 |
| **Phase 1 initiated** | NS-245 | — | Inflammatory diseases | Dec 2025 |

*Recent R&D Pipeline Updates (2/2)*

| Status | Program | Notes | Timing |
|---|---|---|---|
| **Research collaboration** | — | Agreement with IxForest Therapeutics on RNA structure-targeted drug discovery | Mar 2026 |
| **Joint project** | — | Collaboration with FRONTEO on AI-based target medicine exploration | Dec 2025 |
| **Research collaboration** | — | Strategic collaboration with Boston Children's Hospital targeting novel therapies for rare diseases | Jul 2025 (US) |
| **Fast Track** | NS-229 | Hypersensitivity angitis | Sep 2025 (US) |
| **Orphan Drug** | NS-051/NCNP-04 | Duchenne muscular dystrophy | Sep 2025 (US) |
| **Congress presentation** | NS-089/NCNP-02 (progranulin) | Long-term trial data (3.5 years of dosing) presented at world congress | Oct 2025 |

**Kuwano:** NS-401 (Elzonris) was listed on the NHI drug price schedule on March 18 and has launched. Regarding RGX-121, the Clinical Hold was lifted and the CRL appeal is ongoing. CAP-1002 PDUFA is August 22. Gazyvaro — Chugai filed an sNDA for idiopathic nephrotic syndrome with MHLW yesterday (May 14). NS-304 Phase 3 in peripheral artery disease initiated in April. NS-035 and NS-863 are both preparing to enter Phase 2.

In March 2026, we entered a research collaboration with IxForest Therapeutics on RNA structure-targeted small molecule drug discovery.

## Q&A

*Q1 — Citigroup (Yamaguchi): CAP-1002 Contract Status*

**Q:** The situation is difficult to ask about given the litigation, but your comment about revising guidance "as necessary" implies sales could be at risk. Is the contract still in effect and is there still ongoing communication between the two companies?

**Nakai (A):** We are continuing our launch preparations. NS Pharma received service of the complaint on May 13 (US time). We are maintaining necessary communications with Capricor.

Because they have initiated this litigation, both sides are proceeding independently for now. Our position is to resist any preliminary injunction, and if injunctive relief is denied, there is nothing to stop us from continuing launch preparations — at which point both companies move forward toward launch.

---

### Q1b — Citigroup (Yamaguchi): Viltepso Phase 3 US Update

**Q:** Any update on Viltepso Phase 3 FDA negotiations?

**Kuwano (A):** No specific update to share. We continue to communicate with FDA and intend to move forward, but there is nothing new to report at this time.

---

**Nakai (addendum):** To clarify the service of process situation: NS Pharma has been served. Service on Nippon Shinyaku (Japan parent) requires Hague Convention procedures, which take several months — so only NS Pharma has formally received the complaint at this point.

---

### Q2 — Mizuho Securities (Tanaka): Pricing Structure Issue / Contract Deficiency

**Q:** Reading the complaint, it appears a meeting between Nakai-san and Marban (Capricor CEO) occurred on March 27, after which PLD proposals were exchanged and negotiations broke down. Given that Nippon Shinyaku already has Viltepso experience in the US, how did this pricing structure problem arise?

**Nakai (A):** The pricing issue came to our attention approximately one year ago, around March 2025. Since then, both sides have been proposing contract modifications. The reason Viltepso did not have this problem is structural — Viltepso is a product transferred within the Nippon Shinyaku/NS Pharma parent-subsidiary relationship, so intercompany transfer pricing does not create this type of reimbursement issue. With CAP-1002, where two separate companies are co-commercializing, the pricing relationship between Capricor and NS Pharma creates an issue where Capricor's transfer price to NS Pharma could become the basis for reimbursement pricing — something neither party anticipated when the contract was signed.

---

**Q:** Was this pricing problem known at contract inception?

**Nakai (A):** No, it was not.

**Q:** Re: NS Pharma's April 10 modification proposal — is it the case that without the modification, reimbursement/commercialization is simply unworkable?

**Nakai (A):** I'd prefer not to characterize the specifics of the negotiation, but the PLD (Principal/Limited Distributor) model that NS Pharma proposed is a recognized structure also used in biosimilar commercialization and certain novel drug launches. Under this model, NS Pharma would be the entity reporting prices to government authorities. This does not disadvantage Capricor economically — it is the minimum modification needed to make the existing contract workable. Capricor's objection is not economic; it is that they want to be the entity reporting prices to US authorities because they view CAP-1002 as their asset. We have consistently explained that the PLD model preserves the original framework — Capricor handles development and manufacturing, NS Pharma handles sales and marketing.

---

**Q:** Preliminary injunction timeline?

**Nakai (A):** Per the New Jersey court schedule: NS Pharma must file its opposition brief by May 26 (US time). Capricor files its reply by June 2. Hearing date is set for June 3.

---

*Q3 — Daiwa Securities (Hashiguchi): PLD Model / Rights Scope / Revenue Build*

**Q:** Was the PLD proposal an offer to acquire rights?

**Nakai (A):** No. This is solely about which entity reports prices to US authorities. The fundamental structure — Capricor owns and manufactures the product, NS Pharma sells and markets — remains unchanged. No economic terms or rights transfer is involved.

---

**Q:** Is Nippon Shinyaku seeking to expand rights (indications, geographies) beyond its current DMD / Japan & US scope?

**Nakai (A):** No. That is correct — rights expansion was not the intent.

---

**Q:** The CAP-1002 revenue assumption of ¥11.4B — what are the underlying assumptions (launch timing, patients, dosing, price)?

**Nakai / Edamitsu / Secretariat (A):** PDUFA is August 22. We aim to launch as promptly as possible after approval, within calendar year 2026. Specific patient numbers are not disclosed, but given the quarterly dosing schedule and year-end launch timing, some patients will receive a second infusion within the fiscal year — this is factored into the plan.

**Q:** Last year you disclosed ~¥7.3B for CAP-1002. Why is it higher this year?

**Nakai (A):** Primarily a timing shift. Last year's PDUFA was August 31, and launch was expected somewhat later. This year's PDUFA is August 22 with a somewhat earlier assumed launch date. Currency is also a factor.

*Q4 — JPMorgan (Wakao): Injunction Timing / Commercial Viability Without Contract Modification / NS Pharma Capabilities*

**Q:** Will June 3 produce an immediate ruling?

**Edamitsu (A):** We do not know whether a decision will be issued the same day, but we expect resolution to come promptly.

**Q:** Even if the injunction is denied, the underlying contract pricing problem remains. So commercial launch without contract modification still seems unworkable — correct?

**Nakai (A):** Yes, that is correct. Some modification is necessary.

**Q:** So even if the injunction is denied and approval is granted, this unresolved structural issue could persist. How do you manage that risk?

**Nakai (A):** We recognize that CAP-1002 not reaching patients is bad for patients and for both companies. We will take the necessary actions to ensure patients can access this treatment. I cannot be specific at this stage about what those actions might be.

**Q:** Looking at both the Viltepso FDA situation and now the CAP-1002 contract issue, there appear to be persistent challenges in US regulatory affairs and commercialization at NS Pharma. How do you assess NS Pharma's capabilities and how will you strengthen the US business?

**Nakai (A):** On the CAP-1002 pricing issue specifically — it is a matter of the contractual relationship with Capricor, not a systemic NS Pharma capability problem. By contrast, our agreement with RegenxBio on RGX-121 already incorporates the PLD model without issue. NS Pharma has more than 5 years of commercial experience with Viltepso in the US DMD space and has a strong track record. On Viltepso's FDA situation, we continue to seek dialogue with

FDA and have already strengthened our Regulatory Affairs team and Medical Director resources. We do not view the US business as fundamentally impaired, and we are confident we can address the Capricor matter.

---

### Q5 — *Jefferies (Yamakida): Capricor's Counter-Proposal / Viltepso Outlook*

**Q:** Has Capricor made any formal counter-proposal, and if so is its content publicly available?

**Nakai (A):** Capricor has publicly referenced a co-commercialization model as their proposal on their own earnings call. We prefer not to detail the specifics.

---

**Q:** Were both proposals relatively balanced economically (i.e., neither seeking windfall at the other's expense)?

**Nakai (A):** Broadly yes — both proposals were aimed at making minimum necessary modifications to the existing agreement.

---

**Q:** Viltepso US: Q2 guidance was revised upward at the H1 stage, H2 recovery was expected but didn't materialize, and now you're guiding for growth again. What's different in your visibility vs. last year?

**Nakai (A):** Patient volume has tracked according to plan — new patients continue to offset discontinuations. The shortfall has been entirely in per-patient dosing, because newly initiated patients are younger and smaller (lower body weight → lower dose). However, younger patients are expected to remain on therapy for much longer — so the per-patient revenue contribution builds over time as they stay on drug. The patient cohort dynamics support growth, just with a longer tail than a purely patient-count-based model would suggest.

---

**Q:** So is it correct that the younger/lower per-dose cohort has now been sufficiently recruited that total revenue can grow?

**Nakai (A):** Yes. Younger patients have lower dropout risk, meaning cumulative treatment duration per patient increases — that accumulates into revenue growth over time.

---

### Q6 — SMBC Nikko (Wada): Deramiocel Profitability at ¥11.4B Revenue

**Q:** At the ¥11.4B revenue level, is CAP-1002 expected to be profitable in FY2026?

**Nakai (A):** No. The ¥11.4B of revenue is entirely back-end loaded (Q4 at earliest), but selling expenses are incurred throughout the year. On a standalone FY2026 basis, there is no meaningful profit contribution. However, once annualized, the economic structure supports a profitable business.

### Q7 — SMBC Nikko (Wada): RGX-121 and FDA Leadership Change

**Q:** With FDA Commissioner recently stepping down, has the regulatory environment or FDA's posture on RGX-121 changed?

**Nakai (A):** The Commissioner's departure is very recent and we haven't fully assessed the implications. The basis for RegenxBio's appeal is that RGX-121 received a CRL while other comparable gene therapy products were approved — suggesting an internal consistency issue within FDA's review framework. We understand that FDA itself is aware of this inconsistency and is working to apply coherent standards. RegenxBio has communicated this to us.

### Q8 — SBI Securities (Kawamura): CAP-1002 Strategic Path Forward

**Q:** Capricor wants co-commercialization; Nippon Shinyaku wants PLD. Both appear economically neutral to each other. What specifically was unacceptable about Capricor's co-commercialization proposal?

**Nakai (A):** Addressing that would require disclosing the specifics of their proposal, which we prefer not to do.

**Q:** When can we expect a clear update on the path forward and "Plan B" scenarios?

**Nakai (A):** The next key milestone is the June 3 hearing. Depending on the court's ruling on the injunction, the range of scenarios will become clearer. We will update investors as soon as meaningful information is available. We share Capricor's publicly stated desire to get CAP-1002 to patients as quickly as possible. NS Pharma has over 5 years of DMD commercial experience — the assertion that we are unprepared does not hold up. Our commercial team has been substantially built out (NS Pharma headcount increased by 40 in FY2025), and launch readiness is essentially complete.

*Q9 — Morgan Stanley MUFG (Lee): FY2026 Cost Assumptions / CAP-1002 P&L Neutrality*

**Q:** Does the R&D budget include costs for Viltepso 303 Phase 3? And how much CAP-1002-related SG&A is embedded in guidance?

**Edamitsu (A):** On Viltepso Phase 3 — our R&D guidance is based on a set of working assumptions around timing and structure of the 303 trial; I'll leave it at that. On CAP-1002 SG&A — as discussed, the net impact on FY2026 operating profit from CAP-1002 (revenue vs. expense) is roughly neutral for the year, even with revenue only in Q4. We prefer not to disclose the specific dollar amount of CAP-1002 SG&A.

**Q:** If Viltepso Phase 3 turns out to be unnecessary (as Sarepta apparently pursued NDA without additional Ph3), R&D could be lower. And if CAP-1002 doesn't launch at all this year, given the P&L neutrality you described, would operating profit essentially be unchanged?

**Nakai (A):** Correct on both counts. If the Phase 3 is not required, that cost is removed from R&D. If CAP-1002 generates neither revenue nor expenses, the net operating profit impact is neutral. So the ¥38.0B operating profit guidance is not materially dependent on CAP-1002 launching this year.

**Q:** On the Viltepso Phase 3 — are you open to pursuing the same path as Sarepta and seeking to avoid an additional Phase 3?

**Kuwano (A):** Yes, we are considering all options flexibly, including that possibility.

## Press Q&A

*Q10 — Yakuji Nippo (Kuriyama): Pricing Structure Mechanics*

**Q:** Confirming my understanding: the issue is that Capricor's transfer price to NS Pharma becomes the ASP benchmark — effectively setting the market price at the wholesale level — making it impossible to sell at an intended commercial price. Is that right?

**Nakai (A):** Yes, that is correct.

**Q:** Was this problem anticipated at contract inception?

**Nakai (A):** No, it was not.

**Q:** Launch preparation status and litigation impact on ongoing activities?

**Nakai (A):** Commercial infrastructure build-out is essentially complete. NS Pharma increased headcount by 40 in FY2025, and the commercial team (sales force) recruitment is largely finished. We have not halted preparations. Capricor's claim that our launch preparations are inadequate lacks merit given this readiness level. Specific cost figures are not for disclosure.

### Q11 — Nikkei (Ishii): FY2025 Net Income Decline

**Q:** Revenue grew but net income fell 9% — which factor was most significant?

**Edamitsu (A):** The decline is entirely attributable to the non-recurrence of a one-time tax benefit. In FY2024, deferred tax asset recoverability was established at NS Pharma, temporarily lowering the effective tax rate. That benefit did not recur in FY2025. Going forward, the current tax rate level is expected to be maintained.

**Q:** Despite a strong Phase 3 result for CAP-1002, is there a risk it doesn't get approved?

**Nakai (A):** Phase 3 results were very strong. The FDA review clock is running with a PDUFA of August 22. We expect approval.

### Q12 — Kyoto Shimbun (Takayama): Middle East / Overall Business Commentary

**Q:** Any impact from Middle East tensions factored into guidance?

**Nakai (A):** No material impact assumed for either pharma or functional foods.

**Q:** How should we think about the underlying business ex-deramiocel?

**Nakai (A):** If CAP-1002 is removed entirely from our guidance (¥11.4B revenue and associated SG&A), the operating profit impact is roughly neutral — the ¥38.0B operating profit is substantially intact. The core business is solid.

*Q13 — Nikkan Yakugyo (Shimomura): Medium-Term Plan Achievability*

**Q:** Given everything discussed today, do you still expect to achieve your medium-term plan targets?

**Nakai (A):** Yes. We remain confident in achieving our mid-term plan. We chose not to provide a long-term CAP-1002 outlook today given the litigation uncertainty, but our base case is that we sell this product and it contributes to plan. Uptravi patent cliff is also manageable within the plan framework.

*Q14 — Nikkei Biotech (Kawachi): RGX-121 Re-submission Path*

**Q:** Will you continue the existing clinical trial to generate additional data for re-submission, or redesign entirely?

**Nakai (A):** For gene therapy, patients currently on treatment can continue to be observed — that longitudinal data can contribute to future filings. The detailed trial design will be determined through upcoming FDA consultations. We will share updates when they rise to the level of material disclosure; otherwise expect an update at Q1 earnings.

**Q:** RGX-111 clinical hold — still in effect?

**Nakai (A):** Yes, RGX-111's clinical hold remains in place. RegenxBio is responding to FDA's information requests. Timeline for resolution has not been disclosed by RegenxBio.

**Q:** Is Nippon Shinyaku committed to continuing development of RGX-111?

**Nakai (A):** Yes.

*Q15 — Iyakukeizai (Sakaguchi): Mid-Term Plan Risk from June 3 Ruling*

**Q:** Could the June 3 hearing outcome materially impact the mid-term plan?

**Nakai (A):** The outcome and timing of the June 3 ruling are not certain. Depending on the result, we may need to revisit various scenarios. We will communicate as clarity develops.

**Inoue:** That concludes the Nippon Shinyaku FY2025 Earnings Conference Call. For any additional questions, please contact our IR or communications team directly. Thank you all for joining.

---

*Translation by Claude. Source: Nippon Shinyaku Co., Ltd. FY2025 決算説明会 transcript, May 15, 2026.*