Judah Skoff, Esq. (I.D. #034222007)
**GREENBAUM, ROWE, SMITH & DAVIS LLP**
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
Attorneys for Plaintiff Capricor Therapeutics, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.<br><br>Plaintiff,<br><br>v.<br><br>NS PHARMA, INC., and NIPPON SHINKAKU CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-05788<br><br>NOTICE OF APPEARANCE |

To: The Clerk of the Court and All Parties of Record

**PLEASE TAKE NOTICE THAT** the undersigned is admitted or otherwise authorized to practice in this court and that the undersigned attorney hereby enters his appearance on behalf of Plaintiff, Capricor Therapeutics, Inc. and requests that all notices to be given or required to be served in this case be given and served upon the following:

**Judah Skoff, Esq.**
**Greenbaum, Rowe, Smith & Davis LLP**
**99 Wood Avenue South**
**Iselin, New Jersey 08830-2712**
jskoff@greenbaumlaw.com
**Tel: (732) 476-2396**
**Fax: (732) 476-2397**

GREENBAUM ROWE SMITH & DAVIS LLP
Attorneys for Plaintiff, Capricor Therapeutics, Inc.

By:_____
JUDAH SKOFF

Dated: May 22, 2026

11460124.1