Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com


Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
quyen.ta@skadden.com
emily.haffner@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NS PHARMA, INC., and<br>NIPPON SHINYAKU CO., LTD.,<br><br>    Defendants. | Civil No. 2:26-cv-05788<br><br>**NOTICE OF MOTION FOR AN<br>ORDER FOR ADMISSIONS<br>*PRO HAC VICE*** |

**TO:**   Vishal Gupta, Esq.
        STEPTOE LLP
        1114 Avenue of the Americas
        New York, New York 10036
        Attorneys for Defendants NS Pharma, Inc., and Nippon Shinyaku, Co., Ltd.

**COUNSEL:**

**PLEASE TAKE NOTICE** that at the time and place of the Court's choosing, Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"), by and through its attorneys Greenbaum, Rowe, Smith & Davis, LLP, shall move before the United States District Court for the District of New Jersey, Martin Luther King Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Local Civil Code 101.1(c), admitting *pro hac vice* Quyen L. Ta, Emily Haffner, William K. Wray, Jr. and Daniel Carnie to participate in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff shall rely upon the Certification/Declaration of Mary E. Carpenito, Esq. and exhibits submitted herewith.  A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if opposition is filed to this motion.

**GREENBAUM, ROWE, SMITH & DAVIS LLP**
Attorneys for Plaintiffs


By:_____*/s/Mary E. Carpenito*_____
            Mary E. Carpenito, Esq.

Dated: May 22, 2026

-2-