Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com


Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

OF COUNSEL:

SKADDEN, ARPS, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
525 University Avenue
Palo Alto, California 94301-1908
(650) 470-4500
quyen.ta@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com
emily.haffner@skadden.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NS PHARMA, INC., and<br>NIPPON SHINYAKU CO., LTD.,<br><br>Defendants. | Civil No. 2:26-cv-05788-JXN-AME |

### CERTIFICATION OF MARY E. CARPENITO
### IN SUPPORT OF ADMISSIONS *PRO HAC VICE*

I, Mary E. Carpenito, Esq., declare, under penalty of perjury, as follows:

1.    I am a Partner of the firm Greenbaum, Rowe, Smith & Davis LLP, and I submit this Certification to the Court in support of the application for admissions *pro hac vice* of Quyen L. Ta, William K. Wray, Jr., Daniel Carnie and Emily Haffner to the District of New Jersey for the purposes of this

pending litigation. In support of this application, I have reviewed the certifications of Quyen L. Ta, William K. Wray, Jr., Daniel Carnie and Emily Haffner, which are attached hereto as Exhibits A-D.

2.      I am a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey. I, Judah Skoff, or another attorney of Greenbaum, Rowe, Smith & Davis LLP who is a member in good standing of the bar of the State of New Jersey and the United States District Court for the District of New Jersey will sign all pleadings filed with the Court on behalf of Plaintiff Capricor Therapeutics, Inc. in this matter and will present for all appearances before the Court unless previously excused from appearing by the Court.

3.      In accordance with this Application, I agree to comply with Local Civil Rule 101.1(c) and to be responsible for the conduct of Quyen L. Ta, William K. Wray, Jr., Daniel Carnie and Emily Haffner.

4.      It is respectfully requested that this Court enter the attached order admitting Quyen L. Ta, William K. Wray, Daniel Carnie and Emily Haffner *pro hac vice* in this matter.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  May 22, 2026                                     Respectfully submitted,

                                             **GREENBAUM, ROWE, SMITH & DAVIS LLP**

                                             BY: _____
                                                  Mary E. Carpenito, Esq.

-2-