Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
quyen.ta@skadden.com
emily.haffner@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com

Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NS PHARMA, INC., and<br>NIPPON SHINYAKU CO., LTD.,<br><br>Defendants. | Civil No. 2:26-cv-05788 |

**DECLARATION OF QUYEN L. TA
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, **QUYEN L. TA**, of full age, make this application to appear as counsel *pro hac vice* in the above-caption action and declare as follows:

1.     I am an attorney-at-law admitted to practice law in California and a partner in the Palo Alto, California Office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"),

525 University Avenue, Palo Alto, California, 94301-1908. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice*, pursuant to Local Civil Rule 101.1(c)(3).

2. My law firm has been retained as counsel for Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"), in the above-captioned matter. The issues raised in this litigation involve areas with which I have experience in the law.

3. I was admitted to the Bar of the State of California in January 2004 and I am a member in good standing of that Bar.

4. I am also admitted to practice before the following federal courts (the admission year is noted in parentheses): United States District Courts for Central (May 2013), Eastern (June 2013) and Northern (November 2006) Districts of California, United States District Courts for Eastern (2010), Northern and Western Districts of Texas (2018), Northern District of Illinois (2018), Southern District of Florida (2015), Southern District of New York (2006), Western District of Washington (2019), and Southern District of Indiana (2023). I am additionally admitted to practice before the United States Court of Appeals for the First Circuit (August 2024), Seventh Circuit (2020) and Ninth Circuit (2020). I am and have been a member in good standing of each of the Bars to which I am admitted.

5. A list of my current court admissions along with admission years and the name and address of the offices maintaining the rolls of members is attached hereto as Exhibit A.

6. In lieu of the name and address of the person or office maintaining the roll of the members of its bars that I am a member of which I have been provided a certificate of good standing, attached hereto as Exhibit B is the certificate of good standing issued to me by that office.

7. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

8. I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of the Court.

9. I have never been convicted of a felony crime, censured suspended, disciplined, or disbarred by any court. Moreover, there are no disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

10. Pursuant to the rules of the Court, Mary E. Carpenito or Judah Skoff, partners at Greenbaum, Rowe, Smith & Davis LLP and members of good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiff unless previously excused from appearing by the Court.

11. I agree to strictly observe the dates fixed for the scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including disciplinary rules.

12. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $250.00 to the Clerk of the United States District Court for the District of New Jersey.

13.     In light of the foregoing, I respectfully request on behalf of Plaintiff that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Greenbaum, Rowe, Smith & Davis LLP.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  Palo Alto, California
        May 22, 2026                                    Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

BY:     */s/ Quyen L. Ta*

        Quyen L. Ta

        525 University Avenue
        Palo Alto, California 94301-1908
        (650) 470-3180
        quyen.ta@skadden.com

# EXHIBIT A

EXHIBIT A

| BAR | YEAR OF ADMISSION | RELEVANT ADDRESS |
| --- | --- | --- |
| United States District Court for Central District of California | 2013 | Clerk of the Court 312 North Spring Street, Los Angeles, California 90012-4701 |
| United States District Court for Eastern District of California | 2013 | Clerk of the Court 501 I Street, Sacramento, California 95814-7300 |
| United States District Court for Northern District of California | 2006 | Admissions Office 450 Golden Gate Avenue, Box 26060, San Francisco, California 94102-3489 |
| United States District Court for Northern District of Illinois | 2018 | Clerk of the Court 327 S Church Street, Rockford, Illinois 61101 |
| United States District Court for Southern District of Indiana | 2023 | Clerk of the Court 46 East Ohio Street, Room 105, Indianapolis, Indiana 46204 |
| United States District Court for Eastern District of Texas | 2010 | Clerk of the Court 211 West Ferguson Street, Tyler, Texas 75701 |
| United States District Court for Northern District of Texas | 2018 | Clerk of the Court 1100 Commerce Street, Room 1452, Dallas, Texas 75242 |
| United States District Court for Western District of Texas | 2018 | Clerk of the Court 501 West Fifth Street, Suite 1100, Austin, Texas 78701 |
| United States District Court for Southern District of Florida | 2015 | Clerk of the Court 400 N Miami Avenue, Miami, Florida 33128 |

-5-

| United States District Court for Southern District of New York | 2006 | Clerk of the Court<br>Attn: Attorney Services<br>500 Pearl Street,<br>New York, New York 10007 |
|---|---|---|
| United States District Court for Western District of Washington | 2019 | Clerk of the Court<br>700 Stewart Street,<br>Seattle, Washington 98101 |
| United States Court of Appeals for the First Circuit | 2024 | Clerk of the Court<br>Attn: Attorney Admissions<br>1 Courthouse Way, Suite 2500,<br>Boston, Massachusetts 02210 |
| United States Court of Appeals for the Seventh Circuit | 2020 | Clerk of the Court<br>Attn: Attorney Admissions<br>95 Seventh Street,<br>San Francisco, CA 94103-1526 |
| United States Court of Appeals for the Ninth Circuit | 2020 | Clerk of the Court<br>Attn: Attorney Admissions<br>95 Seventh Street,<br>San Francisco, California 94103-1518 |

# EXHIBIT B



# Supreme Court of California

## JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *QUYEN LE TA*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that QUYEN LE TA, # 229956, was on the 23rd day of January 2004, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 14th day of April 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____

*Biying Jia, Deputy Clerk*