Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com


Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
quyen.ta@skadden.com
emily.haffner@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NS PHARMA, INC., and<br>NIPPON SHINYAKU CO., LTD.,<br><br>Defendants. | Civil No. 2:26-cv-05788 |

## DECLARATION OF EMILY HAFFNER
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **EMILY HAFFNER**, of full age, make this application to appear as counsel *pro hac vice* in the

above-captioned action and declare as follows:

1.    I am an attorney-at-law admitted to practice law in California and Illinois, and a Partner in

the Palo Alto, California Office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden

Arps"), 525 University Avenue, Palo Alto, California, 94301-1908. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice*, pursuant to Local Civil Rule 101.1(c)(3).

2.      My law firm has been retained as counsel for Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"), in the above-captioned matter. The issues raised in this litigation involve areas with which I have experience in the law.

3.      I was admitted to the Bars of the State of California in December 2015 and earlier to the Bar of the State of Illinois in November 2007. I am also admitted to practice before the following federal courts (the admission year is noted in parentheses):  United States District Courts for Central (2016), Southern (2016), and Northern (2015) Districts of California, Northern District of Illinois (2012), and Northern District of Indiana (2012). I am additionally admitted to practice before the United States Court of Appeals for the Seventh Circuit (2010) and Ninth Circuit (2016). I am and have been a member in good standing of those Bars.

4.      A list of my current court admissions along with admission years and the name and address of the offices maintaining the rolls of members is attached hereto as Exhibit A.

5.      In lieu of the name and address of the person or office maintaining the roll of the members of its bars that I am a member of which I have been provided certificates of good standing, attached hereto as Exhibit B are the certificates of good standing issued to me by those offices.

6.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7.      I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of the Court.

8.      I have never been convicted of a felony crime, censured suspended, disciplined, or disbarred by any court. Moreover, there are no disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

9.      Pursuant to the rules of the Court, Mary E. Carpenito or Judah Skoff, partners at Greenbaum, Rowe, Smith & Davis LLP and members of good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiff unless previously excused from appearing by the Court.

10.     I agree to strictly observe the dates fixed for the scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including disciplinary rules.

11.     Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $250.00 to the Clerk of the United States District Court for the District of New Jersey.

12.     In light of the foregoing, I respectfully request on behalf of Plaintiff that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Greenbaum, Rowe, Smith & Davis LLP.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  Palo Alto, California
       May 22, 2026

Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

BY:       */s/ Emily Haffner*

       Emily Haffner

525 University Avenue
Palo Alto, California 94301-1908
(650) 470-4551
emily.haffner@skadden.com

# EXHIBIT A

EXHIBIT A

| BAR | YEAR OF ADMISSION | RELEVANT ADDRESS |
| --- | --- | --- |
| United States District Court for Central District of California | 2016 | Clerk of the Court 312 North Spring Street Los Angeles, California 90012-4701 |
| United States District Court for Southern District of California | 2016 | Clerk of the Court 940 Front Street San Diego, California 92101 |
| United States District Court for Northern District of California | 2015 | Admissions Office 450 Golden Gate Avenue, Box 26060, San Francisco, California 94102-3489 |
| United States District Court for Northern District of Illinois | 2012 | Clerk of the Court 327 S Church Street Rockford, Illinois 61101 |
| United States District Court for Northern District of Indiana | 2012 | Clerk of the Court 204 South Main Street South Bend, Indiana 46601 |
| United States Court of Appeals for the Seventh Circuit | 2010 | Clerk of the Court Attn: Attorney Admissions 95 Seventh Street San Francisco, CA 94103-1526 |
| United States Court of Appeals for the Ninth Circuit | 2016 | Clerk of the Court Attn: Attorney Admissions 95 Seventh Street, San Francisco, California 94103-1518 |

# EXHIBIT B



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *EMILY ANNE HAFFNER*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that EMILY ANNE HAFFNER, #305512, was on the 1st day of December 2015 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 24th day of April 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
    *LaNae Brooks, Senior Deputy Clerk*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Emily Anne Haffner

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/08/2007 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 27th day of April, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois