Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com


Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
quyen.ta@skadden.com
emily.haffner@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NS PHARMA, INC., and <br> NIPPON SHINYAKU CO., LTD., <br><br> Defendants. | Civil No. 2:26-cv-05788 |

**DECLARATION OF WILLIAM K. WRAY, JR.
IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE***

I, **WILLIAM K. WRAY, JR.**, of full age, make this application to appear as counsel *pro hac vice*

in the above-captioned action and declare as follows:

1.      I am attorney-at-law admitted to practice law in Massachusetts and an associate in the

Boston, Massachusetts Office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden

Arps"), 500 Boylston Street, Boston, Massachusetts 02116. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice*, pursuant to Local Civil Rule 101.1(c)(3).

2.    My law firm has been retained as counsel for Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"), in the above-captioned matter. The issues raised in this litigation involve areas with which I have experience in the law.

3.    I was admitted to the Bars of the States of Massachusetts and Rhode Island in November 2013, and I also have been admitted to the Bar of the State of California in September 2021 and to the Bar of the State of Texas in March 2023.  I am a member in good standing of each of the Bars to which I am admitted.

4.    In lieu of the name and address of the person or office maintaining the roll of the members of its bars that I am a member of, attached hereto as Exhibit A are the certificates of good standing issued to me by those offices.

5.    No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6.    I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of the Court.

7.    I have never been convicted of a felony crime, censured suspended, disciplined, or disbarred by any court. Moreover, there are no disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

8.    Pursuant to the rules of the Court, Mary E. Carpenito or Judah Skoff, partners at Greenbaum, Rowe, Smith & Davis LLP and members of good standing of the bars for the State of New

Jersey and the United States District Court for the District of New Jersey, will review and sign all pleadings, briefs, and other papers filed with the Court on behalf of Plaintiff unless previously excused from appearing by the Court.

9.      I agree to strictly observe the dates fixed for the scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including disciplinary rules.

10.     Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $250.00 to the Clerk of the United States District Court for the District of New Jersey.

11.     In light of the foregoing, I respectfully request on behalf of Plaintiff that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Greenbaum, Rowe, Smith & Davis LLP.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  Boston, Massachusetts
     May 22, 2026                                     Respectfully submitted,

**SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP**

BY:          */s/ William K. Wray, Jr.*

               William K. Wray, Jr.

               500 Boylston Street
               Boston, Massachusetts 02116
               (617) 573-4889
               william.wray@skadden.com

# EXHIBIT A

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 26, 2013**, said Court being the highest Court of Record in said Commonwealth:

## William Keeley Wray

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixteenth** day of **April** in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County

# Supreme Court of California

## JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *WILLIAM KEELEY WRAY*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that WILLIAM KEELEY WRAY, #338653, was on the 22nd day of September 2021, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court
on the 14th day of April 2026.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme
Court*

By:_____
*Biying Jia, Deputy Clerk*



**Supreme Court of Rhode Island**
Providence

This Certifies that

# William K. Wray, Jr.

of Boston, MA

is an Attorney and Counselor of the Supreme Court of the State of Rhode Island, and as such was on the 21st day of November, 2013 admitted to practice in all the courts of said state as appears of record in the Office of the Clerk of the Supreme Court and is in good standing and qualified to practice in said courts.

Given under our hands and the seal of said Supreme Court at Providence this the 16th day of April, 2026.

Meredith Benoit
Clerk



# The Supreme Court of Texas

AUSTIN

---

CLERK'S OFFICE

---

     **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**William Keeley  Wray Jr.**

was duly admitted and licensed as an attorney and counselor at law by the Supreme

Court of Texas on the 16th day of March, 2023.

     I further certify that the records of this office show that, as of this date

**William Keeley  Wray Jr.**

is presently enrolled with the State Bar of Texas as an active member in good standing.

     **IN TESTIMONY WHEREOF** witness my signature



and the seal of the Supreme Court of

Texas at the City of Austin, this, the

15th day of April, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5547C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.