Mary E. Carpenito, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Avenue, Suite 301
Roseland, NJ 07068
(973) 577-1822
mcarpenito@greenbaumlaw.com

OF COUNSEL:

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

Quyen L. Ta (*pro hac vice* forthcoming)
Emily Haffner (*pro hac vice* forthcoming)
William K. Wray, Jr. (*pro hac vice* forthcoming)
Daniel Carnie (*pro hac vice* forthcoming)
quyen.ta@skadden.com
emily.haffner@skadden.com
william.wray@skadden.com
daniel.carnie@skadden.com

Judah Skoff, Esq.
Greenbaum, Rowe, Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, New Jersey 08830-2712
(732) 549-5600
jskoff@greenbaumlaw.com

*Attorneys for Plaintiff Capricor Therapeutics, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE STATE OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NS PHARMA, INC., and <br> NIPPON SHINYAKU CO., LTD., <br><br> Defendants. | Civil No. 2:26-cv-05788 |

### DECLARATION OF DANIEL CARNIE
### IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, **DANIEL CARNIE**, of full age, make this application to appear as counsel *pro hac vice* in the above-captioned action and declare as follows:

1.    I am attorney-at-law admitted to practice law in California and an associate in the Palo Alto, California Office of the law firm Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden Arps"),

525 University Avenue, Palo Alto, California, 94301-1908. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the application for my admission *pro hac vice*, pursuant to Local Civil Rule 101.1(c)(3).

2.      My law firm has been retained as counsel for Plaintiff Capricor Therapeutics, Inc. ("Plaintiff"), in the above-captioned matter. The issues raised in this litigation involve areas with which I have experience in the law.

3.      I was admitted to the Bar of the State of California in December 2023, of which I am a member in good standing.

4.      In lieu of the name and address of the person or office maintaining the roll of the members of its bar that I am a member of, attached hereto as Exhibit A is the certificate of good standing issued to me by that office.

5.      No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

6.      I am willing to submit to the jurisdiction of this Court and to comply with all of its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of the Court.

7.      I have never been convicted of a felony crime, censured suspended, disciplined, or disbarred by any court. Moreover, there are no disciplinary or contempt proceedings involving me pending before any court, nor have I been denied admission to any court during the last five years.

8.      Pursuant to the rules of the Court, Mary E. Carpenito or Judah Skoff, partners at Greenbaum, Rowe, Smith & Davis LLP and members of good standing of the bars for the State of New Jersey and the United States District Court for the District of New Jersey, will review and sign all

pleadings, briefs, and other papers filed with the Court on behalf of Plaintiff unless previously excused from appearing by the Court.

9.      I agree to strictly observe the dates fixed for the scheduling conferences, motions, briefs, pre-trial conferences, trial or other proceedings, to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper, and to otherwise abide by all terms and conditions of Local Civil Rule 101.1(c). I agree to be bound by the rules governing practice in the New Jersey Courts, including disciplinary rules.

10.     Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay, or cause to be paid, the annual fee required by the New Jersey Lawyers' Fund for Client Protection, as provided by New Jersey Court Rule 1:28-2(a) and as directed by the Trustees of the Fund. I further agree that, pursuant to Local Civil Rule 101.1(c)(3), I shall pay, or cause to be paid, $250.00 to the Clerk of the United States District Court for the District of New Jersey.

11.     In light of the foregoing, I respectfully request on behalf of Plaintiff that I be admitted *pro hac vice* for the purpose of representing them in this matter in association with Greenbaum, Rowe, Smith & Davis LLP.

I declare under penalty of perjury that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated:  Palo Alto, California
       May 22, 2026                                 Respectfully submitted,

**SKADDEN, ARPS, SLATE MEAGHER & FLOM LLP**

BY:        */s/ Daniel Carnie*

          Daniel Carnie

525 University Avenue
Palo Alto, California 94301-1908
(650) 470-4692
daniel.carnie@skadden.com

-4-

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA

## CERTIFICATE OF STANDING

**ISSUE DATE:** 5/21/2026

**LICENSEE NAME:** Daniel Blanchard Carnie

**LICENSEE BAR NUMBER:** 353427

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/18/2023

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Daniel Blanchard Carnie's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*