**UNITED STATES DISTRICT COURT
FOR THE STATE OF NEW JERSEY**

CAPRICOR THERAPEUTICS, INC.,

Plaintiff,

v.

NS PHARMA, INC., and
NIPPON SHINYAKU CO., LTD.,

Defendants.

Civil No. 2:26-cv-05788

**ORDER FOR ADMISSIONS *PRO HAC VICE* OF
QUYEN L. TA, EMILY HAFFNER, WILLIAM K. WRAY, JR. AND DANIEL CARNIE**

THIS MATTER comes before the Court on the Application of Greenbaum, Rowe, Smith & Davis, attorneys for Plaintiff Capricor Therapeutics, Inc., seeking admissions *pro hac vice* of Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie in the above-captioned case pursuant to Local Civil Rule 101.1(c). And it is further appearing that Plaintiff's application complies with Local Civil Rule 101.1, and for good cause shown:

IT IS on this _____ day of _____ 2026 hereby:

1.      ORDERED that Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie be, and the same hereby are, admitted to practice *pro hac vice* before this Court pursuant to Local Civil Rule 101.1, for all purposes and in all proceedings connected with this litigation; and it is further

2.      ORDERED that Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall immediately notify the Court of any other matter affecting their standing at any bar of any court; and it is further

3.      ORDERED that Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie shall make payment to the New Jersey Lawyers' Fund for Client Protection, as provided by the New Jersey Court Rule 1:28-2(a), within 30 days of the entry of this Order for this calendar year (if they have not already made such payment this year) and shall continue to make such payment for each calendar year in which Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie continue to represent the above-referenced Plaintiff before this Court; and it is further

4.      ORDERED that the Clerk of Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and it is further

5.      ORDERED that Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie shall comply with the provisions of Local Civil Rule 101.1(c)(3) and submit payment to the Clerk of Court for the District of New Jersey; and it is further

6.      ORDERED that all pleadings, briefs, and other papers files with the Court shall be signed by an attorney-at-law employed by the firm Greenbaum, Rowe, Smith & Davis LLP, said attorneys being authorized to practice in the District of New Jersey and maintaining an office in the District of New Jersey, who shall be held responsible for the conduct of Quyen L. Ta, Emily Haffner, William K. Wray, Jr., and Daniel Carnie.

Dated: _____                    _____
                                           HON. JULIAN XAVIER NEALS,
                                           UNITED STATES DISTRICT JUDGE