Vishal Gupta (Bar No. 033522006)
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
*Attorneys for Defendants NS Pharma, Inc.*
*and Nippon Shinyaku Co., Ltd.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NS PHARMA, INC. and NIPPON SHINYAKU CO., LTD.,<br><br>Defendants. | Civil Action No. 2:26-cv-05788<br><br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>**Return Date: July 6, 2026**<br><br>**(Document Filed Electronically)** |

**PLEASE TAKE NOTICE** that on July 6, 2026, or as soon thereafter as counsel can be heard, Defendants NS Pharma, Inc., and Nippon Shinyaku Co., Ltd., by and through their undersigned counsel, will move before the Honorable Julien Xavier Neals, U.S.D.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Building & U.S. Courthouse, 50 Walnut Street Courtroom MLK 5D, Newark, NJ 07102, for an order pursuant to 28 U.S.C. § 1404(a) transferring this action to the United States District Court for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion Defendants will rely on the accompanying Brief in Support of Motion to Transfer and Declaration of Chris Paparella with exhibits thereto. A proposed form of Order is being submitted with this Motion.

Dated:  May 25, 2026

Respectfully submitted,

*s/ Vishal Gupta*_____
Vishal Gupta (033522006)
vgupta@steptoe.com

Chris Paparella (*pro hac vice* forthcoming)
cpaparella@steptoe.com

Nathaniel J. Kritzer (*pro hac vice* forthcoming)
nkritzer@steptoe.com

**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendants*
*NS Pharma, Inc. and*
*Nippon Shinyaku Co., Ltd.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 25, 2026 the foregoing document was filed electronically using the CM/ECF system which will automatically deliver notice of the filing to all counsel of record in this lawsuit.

By: *s/ Vishal Gupta*
Vishal Gupta (033522006)
vgupta@steptoe.com

Chris Paparella (*pro hac vice* forthcoming)
cpaparella@steptoe.com

Nathaniel J. Kritzer (*pro hac vice* forthcoming)
nkritzer@steptoe.com

**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 506-3900
Facsimile: (212) 506-3950

*Attorneys for Defendants*
*NS Pharma, Inc. and*
*Nippon Shinyaku Co., Ltd.*