**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC., | Civil Action No. 2:26-cv-05788 |
| Plaintiff, | (Document Filed Electronically) |
| v. | |
| NS PHARMA, INC. and NIPPON SHINYAKU CO., LTD., | |
| Defendants. | |

**DECLARATION OF CHRIS PAPARELLA IN SUPPORT OF DEFENDANTS**
**NS PHARMA, INC. AND NIPPON SHINYAKU CO., LTD'S**
**MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

CHRIS PAPARELLA declares under penalty of perjury under the laws of the United States:

1.      I am an attorney admitted and in good standing to practice law in the State of New York as well as in the Supreme Court of the United States, and a number of other Federal courts. I am a partner at Steptoe LLP, 1114 Avenue of the Americas, New York, NY 10036, which is counsel for Defendants in this action.  I submit this declaration in support of Defendants' Motion to Transfer Venue pursuant to 28 U.S.C. § 1404(a).

2.      Plaintiff commenced this action on May 7, 2026 in the Superior Court of New Jersey, Bergen County.  Defendants removed the state court action to this Court on May 20, 2026. *See* ECF No. 1.  The claims in Plaintiff's Complaint and its motion for a preliminary injunction arise out of a Commercialization and Distribution Agreement between Plaintiff and Defendant Nippon Shinyaku Co., Ltd. (the "Distribution Agreement").  The Distribution Agreement is Exhibit 1 to the Certification of Dr. Linda Marbán that Plaintiff submitted in its

injunction motion.  Article 18 of the Distribution Agreement contains the parties' agreement on dispute resolution.  Section 18.3.1 contains the parties' agreement to arbitrate all disputes that arise under or relate to the Distribution Agreement.  Article 20 contains the parties' agreement that the Distribution Agreement is governed by New York law.  For the Court's convenience, I attach a true and correct copy of Article 18 as Exhibit A, and a true and correct copy of Section 20 as Exhibit B.

3.    Promptly after Plaintiff commenced this action in violation of its agreement to arbitrate, Defendants commenced arbitration in New York, NY under the Rules of Arbitration of the International Chamber of Commerce as required by Section 18.3.1 of the Distribution Agreement.  Defendants' arbitration will resolve Plaintiff's claims in this action, including its preliminary injunction motion.  Attached as Exhibit C is a true and correct copy of Defendants' May 20, 2026 Request for Arbitration.

_____
CHRIS PAPARELLA

Executed on:  May 25, 2026

2