Vishal Gupta (Bar No. 033522006)
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
*Attorneys for Defendants NS Pharma, Inc.*
*and Nippon Shinyaku Co., Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC., | Civil Action No. 2:26-cv-05788 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO TRANSFER VENUE** |
| v. | |
| NS PHARMA, INC. and NIPPON SHINYAKU CO., LTD., | (Document Filed Electronically) |
| Defendants. | |

THIS MATTER comes before the Court on Defendants' Motion to Transfer this action to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1404(a).

IT IS ON THIS _____ day of _____, 2026, ORDERED, that the motion  is hereby GRANTED in its entirety; and this action is TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.

Dated:                                    _____
                                          Hon. Julien Xavier Neals, U.S.D.J.