Vishal Gupta (Bar No. 033522006)
**STEPTOE LLP**
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
*Attorneys for Defendants NS Pharma, Inc.*
*and Nippon Shinyaku Co., Ltd.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| CAPRICOR THERAPEUTICS, INC., | Civil Action No. 2:26-cv-05788 |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | **(Document Filed Electronically)** |
| NS PHARMA, INC. and NIPPON SHINYAKU CO., LTD., |  |
| Defendants. |  |

I, Vishal Gupta, hereby certify as follows:

1.      I am an attorney admitted to practice in this Court and a partner in Steptoe LLP, counsel for the Defendants in this action.  On May 25, 2026, I caused the following documents to be electronically filed on behalf of Defendants:

    a)  Notice of Motion to Transfer to the Southern District of New York Pursuant to 28 U.S.C. § 1404(a), Brief in Support, and Proposed Order;

    b)  Declaration of Chris Paparella and accompany Exhibits; and

    c)  this Certificate of Service.

2.      Service of each of the foregoing documents was made on this date via email upon counsel of record for Plaintiff.

I certify under penalty of perjury that the foregoing is true and correct.

1

Date: May 25, 2026                                    Respectfully submitted,

                                                      *s/ Vishal Gupta*
                                                      Vishal Gupta

                                                      **STEPTOE LLP**
                                                      1114 Avenue of the Americas
                                                      New York, NY 10036
                                                      (212) 506-3900
                                                      *Attorneys for Defendants*
                                                      *NS Pharma, Inc. and*
                                                      *Nippon Shinyaku Co., Ltd.*