**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Capricor Therapeutics, Inc. <br><br> **Plaintiff(s)** <br><br> v. <br><br> NS Pharma, Inc. and Nippon Shinyaku Co., Ltd. <br> **Defendant(s)** | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil rule 6.1(b)] <br><br><br> Civil Action No. 2:26-cv-05788 |

Application is hereby made for a Clerk's Order extending time within which defendant(s)

NS Pharma, Inc. and Nippon Shinyaku Co., Ltd.

may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on May 13, 2026 ; and
3. Time to Answer, Move or otherwise Reply expires on June 3, 2026 .

Vishal Gupta
Attorney for Defendant(s)

1114 Avenue of the Americas
Mailing Address

New York, NY 10036
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to _____.
ORDER DATED: _____

By:_____
Deputy Clerk