Vishal Gupta
212 506 3933
vgupta@steptoe.com

**Steptoe**

1114 Avenue of the Americas
New York, NY 10036
212 506 3900 main
www.steptoe.com

June 1, 2026

**VIA ECF**

Honorable Julien X. Neals
United States District Judge
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Capricor Therapeutics, Inc. v. NS Pharma, Inc. and Nippon Shinyaku Co., Ltd.*
    C.A. No.: 2:26-cv-05788

Dear Judge Neals:

We write on behalf of Defendants NS Pharma, Inc. and Nippon Shinyaku Co., Ltd. to oppose Plaintiff's prejudicial, compressed briefing schedule request for its "emergency" remand motion. ECF No. 18 at 23; ECF No. 19-8. Plaintiff's motion to remand is simply not an emergency. *See* ECF No. 9 at 2. And Defendants should be allowed a full and fair opportunity to respond to Plaintiff's remand briefing, heavily reliant on its declarations in support of its pending preliminary injunction motion ("PI Motion"), ECF No. 1-3 at 2. Based on overlapping issues between Plaintiff's PI Motion and its remand motion, fairness, and efficiency, Defendants respectfully request that the Court adopt the same briefing schedule it set for Plaintiff's PI Motion: a June 26 deadline for Defendants' opposition and a July 6 deadline for Plaintiff's reply. *See* ECF No. 10.

**There is No Emergency Regarding Plaintiff's Remand Motion**

Plaintiff previously attempted to unfairly curtail Defendants' time to respond to PI Motion briefing by alleging emergency, which the Court rightfully did not grant. ECF No. 8-1 at 5; ECF No. 10. Nothing has changed since then; the Court should likewise reject Plaintiff's prejudicial briefing schedule for the remand briefing. *See* ECF No. 9 at 2. Contrary to Plaintiff's assertions, there is no risk to patient access to the Deramiocel. It is *not yet approved to be marketed*. The FDA is scheduled to make that determination on August 22. And as Defendants will show, they have invested significant time, money, and effort in preparing to distribute Deramiocel. They remain ready, willing, and able to commercialize Deramiocel if it were to be approved. Plaintiff's allegations in this case are meritless and merely a pretext for Plaintiff to escape the Distribution Agreement it signed.

Hon. Julien X. Neals, U.S.D.J.
June 1, 2026
Page 2 of 2

**Steptoe**

**Synchronizing Briefing on the Injunction and Remand Motions Is Warranted**

Plaintiff chose to extensively intertwine its remand briefing with its extensive PI Motion briefing. For example, Plaintiff's remand brief includes dozens of citations to the *seven* declarations supporting Plaintiff's PI Motion. *See* ECF No. 18. Defendants are diligently working to prepare their opposition to Plaintiff's PI Motion and the supporting declarations on the extended schedule set by the Court. *See* ECF No. 10. Given the remand briefing's reliance on Plaintiff's many declarations, Defendants should be afforded a full and fair opportunity to respond to them. To avoid prejudicing Defendants, the remand response date should be June 26 to align with when Defendants will submit their responsive PI Motion declarations. This approach will also promote efficiency.

\*        \*        \*

Defendants respectfully request denial of an expedited schedule for remand motion briefing and instead request a June 26 deadline for Defendants' opposition and a July 6 deadline for Plaintiff's reply.

Respectfully submitted,

**STEPTOE LLP**

*s/ Vishal Gupta*
Vishal Gupta

cc: All Counsel of Record (via ECF)