UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAPRICOR THERAPEUTICS, INC.,<br><br>               Plaintiff,<br><br>   v.<br><br>NS PHARMA, INC. and NIPPON SHINYAKU CO., LTD.,<br><br>               Defendants. | Civil Action No. 26-5788 (JXN)(AME)<br><br><br>**ORDER** |

**NEALS**, District Judge

Before the Court is Plaintiff Capricor Therapeutics, Inc.'s ("Capricor") motion to remand. (ECF No. 18.) Defendants Nippon Shinyaku Co., Ltd. ("Nippon Shinyaku") and NS Pharma, Inc. ("Defendants") opposed (ECF No. 25), Capricor replied (ECF No. 26), and the Court held oral argument on the matter on June 17, 2026. The Court has carefully considered the parties' submissions and arguments. For the reasons stated in the accompanying Opinion,

**IT IS** on this **17th** day of June 2026

**ORDERED** that:

1. Capricor's motion to remand (ECF No. 18) is **GRANTED**;

2. This case is **REMANDED** to New Jersey Superior Court;

3. Defendants' motion to compel arbitration (ECF No. 23) is **DENIED as moot**; and

4. The Clerk of Court shall close this matter.

_____
**JULIEN XAVIER NEALS**
**United States District Judge**