## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Newark, NJ

CAPRICOR THERAPEUTICS, INC.

                                  Plaintiff,

v.

NIPPON SHINYAKU CO., LTD., et al.

                                Defendant.

Case No.:
2:26–cv–05788–JXN–AME
Judge Julien Xavier Neals

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER–C000117–26

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                    Very truly yours,

                                    CLERK OF COURT
                                    By Deputy Clerk, dnw

encl.
cc: All Counsel